# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of New York



**Samuel Moses**

   Plaintiff(s),

VS.

**Jacob Joseph Lew**

   Defendant(s).

Attorney: NONE

Samuel Moses
1614 Avenue S
Brooklyn NY 11229


*90248*

Case Number: CV151041

Legal documents received by Same Day Process Service, Inc. on **03/11/2015** at **1:53 PM** to be served upon **Jacob Joseph Lew**, at **1500 Pennsylvania Ave., NW , Washington, DC, 20220**

I, **Robert Briggs−Snodgrass**, swear and affirm that on **March 16, 2015** at **1:30 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Attachments** to **MAURICE MILLER** as **Authorized Agent** at **1500 Pennsylvania Ave., NW , Washington, DC 20220** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 40  Height: 5"9"−6"0"  Weight: 161−200 lbs  Skin Color: Brown  Hair Color: Hat

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Robert Briggs−Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)−398−4200

Internal Job ID:90248

District of Columbia: SS
Subscribed and Sworn to before me
this 18th day of march 2015

_____
Andrew Yonki, Notary Public, D.C.
My commission expires October 31, 2019



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of New York

**Samuel Moses**

    Plaintiff(s),

vs.

**Jacob Joseph Lew**

    Defendant(s).

Attorney: NONE

Samuel Moses
1614 Avenue S
Brooklyn NY 11229



*90171*

**Case Number: CV151041**

Legal documents received by Same Day Process Service, Inc. on **03/09/2015** at **7:23 PM** to be served upon **Jacob Joseph Lew, by serving Eric Holder, Esq., Attorney General of the United States of America, U.S. Department of Justice, at 950 Pennsylvania Ave., NW , Washington, DC, 20530**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **March 10, 2015** at **4:10 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Attachments** to **Steffon Edmonds** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 25/30 Height: 5'9"-6'0" Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Robert R-N*

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:90171

RECEIVED
MAR 20 2015
PRO SE OFFICE

District of Columbia: SS
Subscribed and Sworn to before me this 18th day of March, 2015

Andrew Yonki, Notary Public, D.C.
My commission expires October 31, 2019



RECEIVED
MAR 20 2015
PRO SE OFFICE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SAMUEL MOSES </br>*Plaintiff* </br>v. </br>JACOB JOSEPH LEW </br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. </br>CV 15   1041 |

## SUMMONS IN A CIVIL ACTION

MATSUMOTO, J.

BLOOM, M.J.

To: *(Defendant's name and address)*   JACOB JOSEPH LEW
1500 PENNSYLVANIA AVENUE
NW CITY OF WASHINGTON,
DISTRICT OF COLUMBIA, STATE 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SAMUEL MOSES
1614 AVENUE S
BROOKLYN NY 11229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAR 02 2015

Date: _____

DOUGLAS C. PALMER
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

RECEIVED MAR 20 2015 PRO SE OFFICE



