UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAMUEL MOSES,                                          JUDGMENT
                                                       15-CV- 1041 (KAM)
                          Plaintiff,

    -against-

JACOB JOSEPH LEW,

                          Defendant.
-------------------------------------------------------X

        A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on June 3, 2015, dismissing the complaint pursuant to Rule 12(h)(3) and for failure to state al claim for relief; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

        ORDERED and ADJUDGED that the complaint is dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) and for failure to state a claim for relief; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York  
       June 05, 2015

                                                        Douglas C. Palmer  
                                                        Clerk of Court

                                         by:    */s/ Janet Hamilton*  
                                                       Deputy Clerk