# In the United States District Court
# for the Eastern District of New York

1:15-CV-1041-KAM
~~Re: 04-XXXX~~

**Default judgment**



Jacob Joseph LEW has failed to assert any claim to Samuel Moses by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served;

> You are hereby summoned and required to serve upon plaintiff, whose address is: Samuel Moses; 1614 Avenue S; Brooklyn, New York. [11229] AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Samuel Moses. Jacob Joseph LEW is by law to forfeit seizure upon Samuel Moses's property and person. If Jacob Joseph LEW fails to do so, a certificate of exigent circumstances will issue calling for Jacob Joseph LEW's arrest in the cognizance of the State Department and Speaker of the House.

Samuel Moses
~~1614 Avenue S~~ 1874 Madison PL
Brooklyn, New York. [11229]

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York.
[11201]

~~Registered mail # RA XXX XXX XXX US~~

Jacob Joseph LEW
XXX US
1500 Pennsylvania Avenue NW
City of Washington, District of Columbia, State.
[20220]

Registered mail # ~~RA XXX XXX~~ E 589 499 265 US